IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

CAROLYN GOINS,                                            Civil Action File No.

      Plaintiff,

v.

WAL-MART STORES EAST, LP
d/b/a WAL-MART,

      Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW WAL-MART STORES EAST, LP d/b/a WAL-MART, named Defendant in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit against Defendant WAL-MART STORES EAST, LP d/b/a WAL-MART in the Superior Court of Crisp County, Georgia, which is within the Albany Division of this Court. 28 U.S.C.A. § 90 (a)(2). Said lawsuit is styled as above and is numbered as Civil Action File No. 22V-095. Plaintiff's claims against Defendant includes claims of negligence.

2.

Plaintiff filed the Complaint on or about May 10, 2022.  Defendant WAL-MART STORES EAST, LP d/b/a WAL-MART received service of summons and a copy of the Complaint on May 17, 2022.  Defendant WAL-MART STORES EAST, L d/b/a WAL-MART files this notice of Removal within thirty (30) days after service of summons and a copy of this Complaint.

3.

Defendant Wal-Mart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 708 SW 8th Street, Bentonville, AR  72716.

4.

Carolyn Goins is a citizen of the State of Georgia.

5.

Complete diversity of citizenship exists between Plaintiff and Defendant.

6.

Plaintiff claims serious bodily injury, pain and suffering, past and future medical expenses, and seeks $350,000 in damages (see subparagraph "c" in the prayer). (Exh. A). The amount in controversy, exclusive of interest and costs, exceeds $75,000.

7.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendant.

8.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendant has attached as Exhibit "A" copies of all the pleadings that were provided to and served upon Defendant, including copies of all pleadings that have been filed to date in the Superior Court of Crisp County, Georgia for the above-styled case.

9.

Pursuant to 28 U.S.C. § 1446, Defendant is not required to file a removal bond.

10.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

11.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the Superior Court of  County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant WAL-MART STORES EAST, LP d/b/a WAL-MART prays that the above-captioned lawsuit be removed to the United States District Court for the Middle District of Georgia, AlbanyDivision.

McLAIN & MERRITT, P.C.

   /s/ Ernest L. Beaton, IV
Ernest L. Beaton, IV
Georgia Bar No. 213044
Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
ebeaton@mmatllaw.com

## CERTIFICATE OF SERVICE

This is to certify that on June 6, 2022, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

        McLAIN & MERRITT, P.C.

         /s/ Ernest L. Beaton, IV
        Ernest L. Beaton, IV
        Georgia State Bar No. 213044
        Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
dcash@mmatllaw.com