**General Civil and Domestic Relations Case Filing Information Form**

☒ Superior or ☐ State Court of ___Crisp_____ County

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CRISP COUNTY, GEORGIA

**22V-095**

MAY 10, 2022 10:29 AM

| **For Clerk Use Only** | |
|---|---|
| Date Filed _05-10-2022_ <br> **MM-DD-YYYY** | Case Number _22V-095_ |

*Tara Hayslip, Clerk*
*Crisp County, Georgia*

| **Plaintiff(s)** | **Defendant(s)** |
|---|---|
| Goins, Carolyn | Wal-Mart Stores East, L.P. |
| Last  First  Middle I.  Suffix  Prefix | Last  First  Middle I.  Suffix  Prefix |
| | |
| Last  First  Middle I.  Suffix  Prefix | Last  First  Middle I.  Suffix  Prefix |
| | |
| Last  First  Middle I.  Suffix  Prefix | Last  First  Middle I.  Suffix  Prefix |
| | |
| Last  First  Middle I.  Suffix  Prefix | Last  First  Middle I.  Suffix  Prefix |

**Plaintiff's Attorney** _Peterman, Mr. Jody D._     **Bar Number** _573552_     **Self-Represented** ☐

### Check one case type and, if applicable, one sub-type in one box.

| **General Civil Cases** | **Domestic Relations Cases** |
|---|---|
| ☐ Automobile Tort | ☐ Adoption |
| ☐ Civil Appeal | ☐ Contempt |
| ☐ Contract |   ☐ Non-payment of child support, medical support, or alimony |
| ☐ Contempt/Modification/Other Post-Judgment | ☐ Dissolution/Divorce/Separate Maintenance/Alimony |
| ☐ Garnishment | ☐ Family Violence Petition |
| ☒ General Tort | ☐ Modification |
| ☐ Habeas Corpus |   ☐ Custody/Parenting Time/Visitation |
| ☐ Injunction/Mandamus/Other Writ | ☐ Paternity/Legitimation |
| ☐ Landlord/Tenant | ☐ Support – IV-D |
| ☐ Medical Malpractice Tort | ☐ Support – Private (non-IV-D) |
| ☐ Product Liability Tort | ☐ Other Domestic Relations |
| ☐ Real Property | |
| ☐ Restraining Petition | |
| ☐ Other General Civil | |

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
    **Case Number**                              **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

_____

EXHIBIT A

# SHERIFF'S ENTRY OF SERVICE

Civil Action No. __22V-095__

| Superior Court | ☒ | Magistrate Court | ☐ |
|---|---|---|---|
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Date Filed __05/10/22 10:29 AM__

Georgia, __CRISP__ COUNTY

Attorney's Address __Peterman, Mr. Jody D.__
__Jody D. Peterman, LLC__
__PO Box 6010__
__Valdosta, GEORGIA 31603-6010__

Goins, Carolyn
_____

_____
Plaintiff

VS.

Wal-Mart Stores East, L.P.
_____

Name and Address of Party to be Served.
__Wal-Mart Stores East, L.P. c/o Store Manager__

_____
Defendant

__1215 E. 16th Avenue__

_____

__Cordele, GEORGIA 31015__

_____
Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**

I have this day served the defendant __Walmart Store__ __1215 East 16th Ave__ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of __Felisha Spelle   Felisha Spells__ described as follows: age, about __40__ years; weight __176__ pounds; height, about __5__ feet and __7__ inches, domiciled at the residence of defendant.

**CORPORATION**

☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This __13__ day of __May__, 20 __22__

_____
Deputy

Defendant

# SUPERIOR COURT OF CRISP COUNTY
## STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CRISP COUNTY, GEORGIA

**22V-095**

MAY 10, 2022 10:29 AM

Tara Hayslip, Clerk
Crisp County, Georgia

CIVIL ACTION NUMBER  22V-095

Goins, Carolyn

**PLAINTIFF**

**VS.**

Wal-Mart Stores East, L.P.

**DEFENDANT**

### SUMMONS

TO: THE CORPORATION COMPANY (FL)

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jody D. Peterman**
> **Jody D. Peterman, LLC**
> **PO Box 6010**
> **Valdosta, Georgia 31603-6010**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 10th day of May, 2022.**

Clerk of Superior Court

Tara Hayslip, Clerk
Crisp County, Georgia

EXHIBIT A

# SUPERIOR COURT OF CRISP COUNTY
## STATE OF GEORGIA

⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CRISP COUNTY, GEORGIA

**22V-095**

MAY 10, 2022 10:29 AM

*Tara Hayslip*
Tara Hayslip. Clerk
Crisp County, Georgia

CIVIL ACTION NUMBER   <u>22V-095</u>

Goins, Carolyn

**PLAINTIFF**

**VS.**

Wal-Mart Stores East, L.P.

**DEFENDANT**

## SUMMONS

TO: WAL-MART STORES EAST, L.P. C/O STORE MANAGER

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jody D. Peterman**
> **Jody D. Peterman, LLC**
> **PO Box 6010**
> **Valdosta, Georgia 31603-6010**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 10th day of May, 2022.**

Clerk of Superior Court

*Tara Hayslip*
Tara Hayslip, Clerk
Crisp County, Georgia

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CRISP COUNTY, GEORGIA

**22V-095**

MAY 10, 2022 10:29 AM

*Tara Hayslip*
Tara Hayslip, Clerk
Crisp County, Georgia

## IN THE SUPERIOR COURT OF CRISP COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| **CAROLYN GOINS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | **FILE NO.:** _____ |
| **v.** | : | |
| **WAL-MART STORES EAST, L.P. d/b/a WAL-MART,** | : | |
| **Defendant.** | : | |

## **COMPLAINT**

COMES NOW Carolyn Goins, Plaintiff in the above-styled action, and files this

Complaint against Defendant, showing the Court as follows:

1.

Defendant Wal-Mart Stores East, L.P. is a foreign limited partnership formed in the State

of Delaware and is authorized to and does transact business within the State of Georgia.

2.

Defendant, at all relevant times, owned and/or operated the Wal-Mart located at 1215 E.

16th Avenue, Cordele, Georgia, and is subject to the jurisdiction of this Honorable Court.

Defendant may be served through its registered agent: The Corporation Company (FL), 106

Colony Park Drive, Suite 800-B, Cumming, Georgia 30040-2794.

3.

Jurisdiction and venue are proper in this Court.

4.

On or about July 9, 2020, Plaintiff was present at the Wal-Mart at 1215 E. 16th Avenue in Cordele, Georgia as a customer/business invitee.

5.

Plaintiff was inside Defendant's establishment and, as she was walking, slipped and fell due to water being present on the floor. The dangerous condition (i.e. wet and slippery floor) was not readily apparent to the average customer/business invitee.

6.

Defendant knew or should have known of the dangerous condition before Plaintiff was injured by the defect.

7.

Defendant had notice of the dangerous condition.

8.

The Defendant's employees and agents knew of such dangerous condition on July 9, 2020, and notwithstanding their knowledge of such dangerous condition, maintained such dangerous condition on July 9, 2020.

9.

This dangerous condition, which was known to the agents and employees of the Defendant, was unknown to Plaintiff.

10.

As a result of the incident, Plaintiff has suffered serious bodily injury.

11.

As a result of the injuries and negligence of Defendant, Plaintiff has suffered past, present and will in the future suffer pain therefrom.

12.

Plaintiff has incurred medical expenses for treatment of her injuries.

13.

Plaintiff's injuries are permanent and continuing in nature.

14.

All damages suffered by Plaintiff are the direct and proximate result of the Defendant's negligent acts and omissions.

WHEREFORE, Plaintiff prays as follows:

a. That service of process issue in accordance with the law;

b. That Plaintiff have a jury trial on all issues set forth herein;

c. That Plaintiff recover a judgment against the Defendant in the amount of $350,000.00 for medical bills, and pain and suffering;

d. That Plaintiff be entitled to all costs of this action;

e. That Plaintiff have such other and further relief as this Honorable Court deems just and proper.

This the 10th day of May, 2022.

**JODY D. PETERMAN, LLC**


_/s/ Jody D. Peterman_
**JODY D. PETERMAN**
Attorney for Plaintiff
Georgia Bar No.: 573552


P.O. Box 6010
Valdosta, GA  31603-6010
Phone (229) 247-0386
Fax (229) 469-6735                     _/s/ Dillon P. Hanson_
Email:  petermanlawoffice@yahoo.com    **DILLON P. HANSON**
      dhanson.petermanlaw@gmail.com       Attorney for Plaintiff
                                    Georgia Bar No.: 883590

EXHIBIT A


® Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
05/17/2022
CT Log Number 541598576

## Service of Process Transmittal Summary

**TO:**   KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:**   **Process Served in Georgia**

**FOR:**   Wal-Mart Stores East, LP  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: GOINS CAROLYN // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Attachment(s), Summons, Complaint |
| **COURT/AGENCY:** | Superior Court of Crisp County, GA<br>Case # 22C095 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 07/09/2020, at 1215 E. 16th Avenue in Cordele, Georgia |
| **PROCESS SERVED ON:** | The Corporation Company (FL), Cumming, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/17/2022 at 14:13 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S)/SENDER(S):** | Jody D. Peterman<br>Jody D. Peterman, LLC<br>PO Box 6010<br>Valdosta, GA 31603<br>229-247-0386 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/18/2022, Expected Purge Date: 05/28/2022<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | The Corporation Company (FL)<br>106 Colony Park Drive<br>STE 800-B<br>Cumming, GA 30040<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT



**CT Corporation**
**Service of Process Notification**
05/17/2022
CT Log Number 541598576

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

SHERIFF'S ENTRY OF SERVICE

REORDER #11-1785 TOMMY CASTLEBERRY CO., COVINGTON, GA 30014

Civil Action # ___22V-095___

Date Filed ___5/10/22___

Superior Court ☑
State Court ☐

**CRISP COUNTY**

Attorney's Address
    Jody D. Peterman, LLC
    304 N. Ashley Street
    Valdosta, GA 31601

Carolyn Goins

_____ **Plaintiff**

**VS.**

Wal-Mart Stores East, L.P. d/b/a Wal-Mart

Name and Address of Party to be Served.

Wal-Mart Stores East, L.P.

c/o The Corporation Company (FL), as Registered Agent

106 Colony Park Drive, Suite 800-B

Cumming, GA 30040-2794

_____ **Defendant**

_____ **Garnishee**

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐

I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:

age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☑

Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

    Summons, Complaint

**TACK & MAIL** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class, in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐

Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20___.

_____
DEPUTY

SHERIFF DOCKET _____ PAGE _____
WHITE--CLERK    CANARY--PLAINTIFF    PINK--DEFENDANT

# SUPERIOR COURT OF CRISP COUNTY
# STATE OF GEORGIA

⊕ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CRISP COUNTY, GEORGIA

**22V-095**

MAY 10, 2022 10:29 AM

*Tara Hayslip*, Clerk
Crisp County, Georgia

CIVIL ACTION NUMBER  22V-095

Goins, Carolyn

_____

**PLAINTIFF**
                                    **VS.**

Wal-Mart Stores East, L.P.

_____

**DEFENDANT**

## SUMMONS

TO: THE CORPORATION COMPANY (FL)

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jody D. Peterman**
> **Jody D. Peterman, LLC**
> **PO Box 6010**
> **Valdosta, Georgia 31603-6010**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 10th day of May, 2022.**

Clerk of Superior Court

_____
Tara Hayslip, Clerk
Crisp County, Georgia

⚜ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CRISP COUNTY, GEORGIA

**22V-095**

MAY 10, 2022 10:29 AM

*Tara Hayslip, Clerk*
Crisp County, Georgia

## IN THE SUPERIOR COURT OF CRISP COUNTY

### STATE OF GEORGIA

|                                        |   |                    |
|----------------------------------------|---|--------------------|
| **CAROLYN GOINS,**                     | : | **CIVIL ACTION**   |
| **Plaintiff,**                         | : | **FILE NO.:** _____ |
| **v.**                                 | : |                    |
| **WAL-MART STORES EAST, L.P.**         | : |                    |
| **d/b/a WAL-MART,**                    | : |                    |
| **Defendant.**                         |   |                    |

## COMPLAINT

COMES NOW Carolyn Goins, Plaintiff in the above-styled action, and files this Complaint against Defendant, showing the Court as follows:

1.

Defendant Wal-Mart Stores East, L.P. is a foreign limited partnership formed in the State of Delaware and is authorized to and does transact business within the State of Georgia.

2.

Defendant, at all relevant times, owned and/or operated the Wal-Mart located at 1215 E. 16th Avenue, Cordele, Georgia, and is subject to the jurisdiction of this Honorable Court. Defendant may be served through its registered agent: The Corporation Company (FL), 106 Colony Park Drive, Suite 800-B, Cumming, Georgia 30040-2794.

3.

Jurisdiction and venue are proper in this Court.

4.

On or about July 9, 2020, Plaintiff was present at the Wal-Mart at 1215 E. 16th Avenue in Cordele, Georgia as a customer/business invitee.

5.

Plaintiff was inside Defendant's establishment and, as she was walking, slipped and fell due to water being present on the floor. The dangerous condition (i.e. wet and slippery floor) was not readily apparent to the average customer/business invitee.

6.

Defendant knew or should have known of the dangerous condition before Plaintiff was injured by the defect.

7.

Defendant had notice of the dangerous condition.

8.

The Defendant's employees and agents knew of such dangerous condition on July 9, 2020, and notwithstanding their knowledge of such dangerous condition, maintained such dangerous condition on July 9, 2020.

9.

This dangerous condition, which was known to the agents and employees of the Defendant, was unknown to Plaintiff.

10.

As a result of the incident, Plaintiff has suffered serious bodily injury.

11.

As a result of the injuries and negligence of Defendant, Plaintiff has suffered past, present and will in the future suffer pain therefrom.

12.

Plaintiff has incurred medical expenses for treatment of her injuries.

13.

Plaintiff's injuries are permanent and continuing in nature.

14.

All damages suffered by Plaintiff are the direct and proximate result of the Defendant's negligent acts and omissions.

WHEREFORE, Plaintiff prays as follows:

a. That service of process issue in accordance with the law;

b. That Plaintiff have a jury trial on all issues set forth herein;

c. That Plaintiff recover a judgment against the Defendant in the amount of $350,000.00 for medical bills, and pain and suffering;

d. That Plaintiff be entitled to all costs of this action;

e. That Plaintiff have such other and further relief as this Honorable Court deems just and proper.

This the 10th day of May, 2022.

JODY D. PETERMAN, LLC


 /s/ Jody D. Peterman
**JODY D. PETERMAN**
Attorney for Plaintiff
Georgia Bar No.: 573552

P.O. Box 6010
Valdosta, GA  31603-6010
Phone (229) 247-0386
Fax (229) 469-6735
Email:  petermanlawoffice@yahoo.com
        dhanson.petermanlaw@gmail.com

 /s/ Dillon P. Hanson
**DILLON P. HANSON**
Attorney for Plaintiff
Georgia Bar No.: 883590

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CRISP COUNTY, GEORGIA

**22V-095**

**MAY 23, 2022 04:52 PM**

Tara Hayslip, Clerk
Crisp County, Georgia

## IN THE SUPERIOR COURT OF CRISP COUNTY

## STATE OF GEORGIA

CAROLYN GOINS,                          :

      Plaintiff,                        :

           **CIVIL ACTION**

v.                                              :

           **FILE NO.: 22V-095**

WAL-MART STORES EAST, L.P.              :
d/b/a WAL-MART,

                    :

      Defendant.

---

### CERTIFICATE REGARDING DISCOVERY

Pursuant to Uniform Superior Court Rule 5.2, as amended, the undersigned hereby certifies that the following discovery has been served upon all persons identified in the Certificate of Service attached hereto and incorporated herein by reference:

1.     Plaintiff's First Interrogatories to Defendant, WAL-MART STORES EAST, LP D/B/A WAL-MART; and

2.     Plaintiff's First Request for Production to Defendant, WAL-MART STORES EAST, LP D/B/A WAL-MART

This _____ day of May 2022.

                                        _____

                                        Jody D. Peterman
                                        Attorney for Plaintiff
                                        Georgia Bar # 573552

Jody D. Peterman, LLC
Attorney at Law
P.O. Box 6010
Valdosta, GA  31603-6010
(229) 247-0386

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has this day delivered a copy of the foregoing PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, WAL-MART STORES EAST, LP D/B/A WAL-MART, by U.S. Mail in an envelope properly addressed for delivery to:

Drew Eckl & Farnham LP
Michael L. Miller
303 Peachtree St., Ste. 3500
Atlanta, GA 30308

This ___23rd___ day of May 2022.

Kelly Jenkins
Secretary to Jody D. Peterman

Jody D. Peterman, LLC
Attorney at Law
P.O. Box 6010
Valdosta, GA  31603-6010
(229) 247-0386

⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CRISP COUNTY, GEORGIA

**22V-095**

**MAY 31, 2022 11:52 AM**

*Tara Hayslip*
Tara Hayslip, Clerk
Crisp County, Georgia

IN THE SUPERIOR COURT OF CRISP COUNTY
STATE OF GEORGIA

CAROLYN GOINS,

      Plaintiff,

v.

WAL-MART STORES EAST, LP.
d/b/a WAL-MART,

      Defendant.

_____/

Civil Action File No.
202V-095

## ANSWER OF DEFENDANT

COMES NOW, Defendant WAL-MART STORES EAST, LP d/b/a WAL-MART and makes this Answer to Plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's alleged damages, if any, were directly and proximately caused by Plaintiff's own contributory negligence and failure to exercise ordinary care.

### THIRD DEFENSE

Plaintiff was not in the exercise of ordinary care for her own safety in the premises, and by the exercise of ordinary care could have avoided any injury to

himself; and on account thereof, Plaintiff is not entitled to recover from
Defendant.

FOURTH DEFENSE

Defendant denies that it was negligent in any manner whatsoever or that
any negligent act or omission on its part caused or contributed to any injury or
damage alleged to have been sustained by Plaintiff.

FIFTH DEFENSE

Plaintiff assumed the risk of any hazard that was presented and is thereby
barred from recovering against Defendant.

SIXTH DEFENSE

Defendant responds to the enumerated paragraphs of Plaintiff's Complaint
as follows:

1.

Defendant admits the allegations contained in paragraph 1 of the Plaintiff's
Complaint.

2.

Defendant admits that it operated the subject Store and may be served
through its registered agent in Cumming, Georgia.  Defendant denies the

remaining allegations contained in paragraph 2 of the Plaintiff's Complaint, as stated.

3.

Defendant denies the allegations contained in paragraph 3 of the Plaintiff's Complaint.

4.

Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 4 of Plaintiff's Complaint, which are accordingly deemed denied.

5.

Defendant denies the allegations contained in paragraph 5 of the Plaintiff's Complaint.

6.

Defendant denies the allegations contained in paragraph 6 of the Plaintiff's Complaint.

7.

Defendant denies the allegations contained in paragraph 7 of the Plaintiff's Complaint.

8.

Defendant denies the allegations contained in paragraph 8 of the Plaintiff's Complaint.

9.

Defendant denies the allegations contained in paragraph 9 of the Plaintiff's Complaint.

10.

Defendant denies the allegations contained in paragraph 10 of the Plaintiff's Complaint.

11.

Defendant denies the allegations contained in paragraph 11 of the Plaintiff's Complaint.

12.

Defendant denies the allegations contained in paragraph 12 of the Plaintiff's Complaint.

13.

Defendant denies the allegations contained in paragraph 13 of the Plaintiff's Complaint.

14.

Defendant denies the allegations contained in paragraph 14 of the Plaintiff's Complaint.

15.

All other allegations contained in the Complaint which are not specifically responded to herein, are, therefore, denied.

16.

Defendant denies Plaintiff's prayer for relief, including subparagraphs a., b., c., d., and e., thereof.

WHEREFORE, Defendant prays that Plaintiff's Complaint be dismissed with all costs cast upon the Plaintiff. DEFENDANT DEMANDS TRIAL BY A JURY OF TWELVE (12) PERSONS AS TO ALL ISSUES SO TRIABLE.

McLAIN & MERRITT, P.C.

_/s/ Ernest L. Beaton, IV
Ernest L. Beaton, IV
Georgia Bar No. 213044
Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 266-9171
ebeaton@mmatllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing ANSWER OF

DEFENDANT has this day been filed and served upon opposing counsel via

Peachcourt.

This the 31st day of May, 2022.

McLAIN & MERRITT, P.C.


 /s/ Ernest L. Beaton, IV
Ernest L. Beaton, IV
Georgia Bar No. 213044
Attorney for Defendant


3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 266-9171
ebeaton@mmatllaw.com

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CRISP COUNTY, GEORGIA

**22V-095**

MAY 31, 2022 11:52 AM

Tara Hayslip, Clerk
Crisp County, Georgia

IN THE SUPERIOR COURT OF CRISP COUNTY
STATE OF GEORGIA

CAROLYN GOINS,

      Plaintiff,

v.

WAL-MART STORES EAST, LP.
d/b/a WAL-MART,

      Defendant.

_____/

Civil Action File No.
202V-095

## **12-PERSON JURY DEMAND**

COMES NOW Defendant, WAL-MART STORES EAST, LP d/b/a WAL-

MART and demands a trial by a jury of twelve (12) persons.

      McLAIN & MERRITT, P.C.

      /s/ Ernest L. Beaton, IV
      Ernest L. Beaton, IV
      Georgia Bar No. 213044
      Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 266-9171
ebeaton@mmatllaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing **12-PERSON JURY**

**DEMAND** has this day been filed and served upon opposing counsel via

Peachcourt.

This the 31st day of May, 2022.

McLAIN & MERRITT, P.C.

/s/ Ernest L. Beaton, IV
Ernest L. Beaton, IV
Georgia Bar No. 213044
Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 266-9171
ebeaton@mmatllaw.com